UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Giordano

          v.                    Civil No. 10-cv-430-LM

Mr. Bar-B-Q, Inc.

### O R D E R

This case was removed from Merrimack County Superior Court on September 24, 2010. Counsel for John Giordano was instructed to register for ECF within thirty (30) days. Our records reflect counsel has not registered. Counsel shall either register or move for an exemption pursuant to Administrative Procedures for Electronic Case Filing 2.1(b) by 11/15/2010. If counsel fails to register by this date, all conventionally filed documents from this date forward will be stricken.

SO ORDERED.

November  4 , 2010          /s/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            United States Magistrate Judge

cc:    Harvey J. Garod, Esq.
        Neil B. Nicholson, Esq.
        Ralph F. Holmes, Esq.
        Michelle L. Schaffer, Esq.
        James M. Campbell, Esq.